# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK RICHARD,<br>　　Plaintiff(s)<br><br>　　　v.<br><br>MICHAEL J. ASTRUE, Commissioner<br>of Social Security Administration,<br>　　Defendant(s) | CIVIL ACTION NO. 3:10-cv-30126-MAP |

## JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ] **Jury Verdict.** This action came before the court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] **Decision by the Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

### IT IS ORDERED AND ADJUDGED

**JUDGMENT** entered for the defendant Michael J. Astrue, Commissioner of Social Security Administration, against the plaintiff Derek Richard, pursuant to the court's memorandum and order entered this date, granting defendant's motion to affirm the decision of the commissioner.

**SARAH A. THORNTON**,
CLERK OF COURT

Dated: June 15, 2011　　　　　　　　By /s/ *Maurice G. Lindsay*
　　　　　　　　　　　　　　　　　　Maurice G. Lindsay
　　　　　　　　　　　　　　　　　　Deputy Clerk

(Civil Judgment (SSA- Routine 4) for Defendant .wpd - 11/98)
[jgm.]